# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Paul Steiner**, in individual and representative capacity as trustee of the Ann Hamburger Trust dated August 29, 1974;<br>**Rooster & Rice III LLC,** a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: No.: 3:19-CV-06538-LB<br><br>**[proposed] ORDER GRANTING JOINT STIPULATION** |

　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT: The parties are relieved from their obligation to conduct the joint site inspection under General Order no. 56. All other obligations and deadlines per General Order. No. 56 shall remain as calendared.

IT IS SO ORDERED.

Dated: 01/31/2020

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

1