CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, BRIAN WHITAKER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>T. ANNE LASSAHN, in individual and representative capacity as trustee of the Ann Hamburger Trust dated August 29, 1974; ROOSTER & RICE III, LLC, a California Limited Liability Company; and Does 1-10,<br><br>        Defendants. | Case No.: 3:19-CV-06538-LB<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

Dated: May 19, 2020         CENTER FOR DISABILITY ACCESS

                            By: /s/ Amanda Lockhart Seabock
                                Amanda Lockhart Seabock
                                Attorneys for Plaintiff