1  CENTER FOR DISABILITY ACCESS
2  Amanda Seabock, Esq., SBN 289900
   Chris Carson, Esq., SBN 280048
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385
5  (888) 422-5191 fax
   amandas@potterhandy.com
6  Attorneys for Plaintiff

7  JOSHUA H. ABEL (SBN:244592)
   josh@abelattorneys.com
8  EVAN M. ROTHMAN (SBN: 271313)
   evan@abelattorneys.com
9  ABEL LAW OFFICES, PC
   2601 Main Street, Suite 1200
10 Irvine, CA 92614
   Telephone: (949) 537-3490
11 Facsimile: (949) 537-3491
12 Attorneys for Defendants
   T. Anne Lassahn and Rooster & Rice III, LLC

13

14              UNITED STATES DISTRICT COURT
15            NORTHERN DISTRICT OF CALIFORNIA

16 BRIAN WHITAKER,                    Case: 3:19-CV-06538-LB

17        Plaintiff,                  **JOINT STIPULATION FOR**
18    v.                              **DISMISSAL PURSUANT TO**
                                      **F.R.CIV.P. 41 (a)(1)(A)(ii)**
19 T. ANNE LASSAHN, in individual
20 and representative capacity as
   trustee of the Ann Hamburger Trust
21 dated August 29, 1974;
   ROOSTER & RICE III, LLC, a
22 California Limited Liability
   Company; and Does 1-10,
23
        Defendants.
24

25

26

27

28

                            1

1

## **<u>STIPULATION</u>**

2

3       Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

4   between the parties hereto that this action may be dismissed with prejudice

5   as to all parties; each party to bear his/her/its own attorneys' fees and costs.

6   This stipulation is made as the matter has been resolved to the satisfaction of

7   all parties.

8

9   Dated: June 30, 2020              CENTER FOR DISABILITY ACCESS

10

11                                    By: /s/ Amanda Seabock
                                          Amanda Seabock
12                                        Attorneys for Plaintiff

13  Dated: June 30, 2020              ABEL LAW OFFICES, PC

14                                    By: /s/ Evan M. Rothman
15                                        Joshua H. Abel
                                          Evan M. Rothman
16                                        Attorneys for Defendant
                                          T. Anne Lassahn and Rooster & Rice
17                                        III, LLC

18

19

20

21

22

23

24

25

26

27

28

2

Joint Stipulation for Dismissal              Case: 3:19-CV-06538-LB

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Evan M. Rothman, counsel for T. Anne Lassahn and Rooster & Rice III, LLC, and that I have obtained Mr. Rothman's authorization to affix his electronic signature to this document.


Dated: June 30, 2020                    CENTER FOR DISABILITY ACCESS


                                        By: /s/ Amanda Seabock
                                            Amanda Lockhart Seabock
                                            Attorneys for Plaintiff

3